IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| IN RE REGIONS MORGAN KEEGAN | ) | Master File No. 2:07-cv-02784-SHM-dkv |
| OPEN-END MUTUAL FUND | ) | |
| LITIGATION | ) | |
| | ) | CLASS ACTION |
| This Document Relates to: | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |
| | ) | |
| IN RE REGIONS MORGAN KEEGAN | ) | Master File No. 2:07-cv-02830-SHM-dkv |
| CLOSED-END FUND LITIGATION | ) | |
| | ) | CLASS ACTION |
| This Documents Relates to: | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |

**MOTION FOR ORDER PRECLUDING ARBITRATION OF
DERIVATIVE AND CLASS CLAIMS AND FOR A STAY OF DISCOVERY**

Defendants Morgan Keegan & Co., Inc. ("Morgan Keegan"), and Morgan Asset Management, Inc. ("MAM") (collectively "Defendants"), respectfully request that this Court issue an order precluding arbitration of derivative and class claims and for a stay of certain discovery concerning the arbitration proceeding captioned Ernst Koella, et al. v. Morgan Keegan & Co., Inc., FINRA Dispute Resolution No. 08-00181 (the "Koella Arbitration").

As set forth more fully in the accompanying memorandum of law, Claimants in the Koella Arbitration are pursuing claims that are derivative in nature and part of the putative consolidated class actions pending before this Court. Financial Industry Regulatory Authority ("FINRA") Rules expressly and unequivocally preclude these Claimants from arbitrating derivative and class action claims. See FINRA Rules 12204, 12205. Pursuit of such claims likewise intrudes on this Court's jurisdiction with respect to the derivative and putative class actions pending before it.

Furthermore, Claimants have sought broad and burdensome discovery with respect to these impermissible claims.  Claimants have obtained a subpoena directing MAM – a non-party to the <u>Koella</u> Arbitration – to produce documents from a multi-year period concerning the management of the investment companies for which it provided investment advisory services.  These documents include all documents related to valuation of assets held by the investment companies and the compliance with liquidity and concentration restrictions applicable to such assets, documents related to the investment companies' exposure to sub-prime debt, all minutes of MAM Board and committee meetings and documents produced by MAM to federal regulators, including FINRA and the Securities and Exchange Commission ("SEC").  <u>See</u> Declaration of Matthew M. Curley ("Curley Dec."), Ex. 6 (the "MAM Subpoena").

The <u>Koella</u> Claimants likewise seek the production of similar documents from Morgan Keegan.  Claimants have obtained an order in the <u>Koella</u> Arbitration requiring the production of agreements between Morgan Keegan and the investment companies and MAM, documents regarding valuation of assets held by the investment companies, compliance with investment company policies and procedures and all documents produced to federal regulators, including FINRA and the SEC.  <u>See</u> Curley Dec., Ex. 5 (Claimants' First Request for Production of Documents and Information, Request Nos. 5-7 and 30).

The <u>Koella</u> Arbitration Panel has directed MAM to produce documents responsive to the subpoena by December 25, 2008, and has ordered Morgan Keegan to produce such documents by December 26, 2008.  The <u>Koella</u> Arbitration is scheduled for January 12, 2009.

Absent an order barring the <u>Koella</u> Claimants from pursuing non-arbitrable derivative and class claims and an order barring discovery relating to the federal securities putative class actions pending in this Court, Claimants will effectively circumvent this Court's jurisdiction over

the derivative and putative class actions. Claimants also will obtain discovery presently stayed under the Private Securities Litigation Reform Act ("PSLRA") and the Securities Litigation Uniform Standards Act ("SLUSA").

In light of the Koella Claimants' impermissible pursuit of derivative and class claims and discovery in support of such claims and based on the authority of this Court under FINRA Rules, the PSLRA and the All Writs Act, Defendants respectfully request that this Court issue an order: (1) precluding the Koella Claimants from pursuing derivative claims and class action claims in the Koella Arbitration; (2) precluding discovery of the type sought in the MAM Subpoena; and (3) precluding the Koella Claimants from pursuing discovery of the type sought in Request Nos. 5-7 and 30 of Claimants' First Request for Production of Documents and Information.

In support of this motion, Defendants have submitted herewith a memorandum of law for filing and a proposed order and have filed the Declaration of Matthew M. Curley attaching documents relevant to this motion and a certificate of consultation. Defendants request oral argument with respect to this motion.

DATED this 18th day of December, 2008.

Respectfully submitted,

BASS, BERRY & SIMS PLC

By:  /s/ Matthew M. Curley

Shepherd D. Tate
Michael A. Brady
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee   38103-3672
(901) 543-5900
state@bassberry.com
mbrady@bassberry.com

Michael L. Dagley
Matthew M. Curley
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238
(615)742-6200
mdagley@bassberry.com
mcurley@bassberry.com

*Attorneys for Morgan Asset Management,
Inc., Morgan Keegan & Company, Inc., and
MK Holding, Inc.*

Of Counsel for
Morgan Asset Management, Inc.:

Kirk M. McAlpin, Jr., Esq.
CUSHING MORRIS ARMBRUSTER &
MONTGOMERY LLP
229 Peachtree Street, NE
Suite 2110
Atlanta, GA   30303
(404) 614-8117

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2008, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

Mark P. Chalos
LIEFF CABRASHER HEIMANN &
BERNSTEIN, LLP
One Nashville Place
150 Fourth Ave., North, Ste. 1550
Nashville, TN 37219-2423

*Counsel for Plaintiffs*
*William J. DeJoseph, et al. &*
*Edward G. Flowerree, et al.*

Eben F. Duval
Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Rd.
South Burlington, VT 05403

*Counsel for Intervenor Plaintiff*
*Bauler Trust, Berman Group*

Steven E. Fineman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017

*Counsel for Plaintiffs*
*William J. DeJoseph, et al.*

John J. Carey
Michael J. Flannery
CAREY & DANIS, L.L.C.
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105

*Counsel for Plaintiffs*
*Larry F. Hartman, et al.*

Richard M. Heimann
Sharon M. Lee
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111-3339

*Counsel for Plaintiffs,*
*William J. DeJoseph, et al.*

Beth A. Keller
Christopher Marlborough
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017

*Counsel for Miscellaneous Party*
*Mechanical Contractors –*
*U.A. Local 119 Health and Pension Plans*

Robert A. Izard
Jeff Nobel
SCHATZ NOBEL IZARD, P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

*Counsel for Plaintiffs*
*James L. Gregory, et al. and*
*Miscellaneous Parties G.A.*
*Robinson, III, et al.*

Harold Naill Falls, Jr.
John B. Veach, III
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

*Counsel for Plaintiffs*
*James L. Gregory, et al.*
*and Miscellaneous Parties*
*G.A. Robinson, III, et al. and the Koella*
*Arbitration Claimants*

Scott T. Beall
6800 Poplar Avenue
Memphis, TN 38138

*Counsel for the Koella Arbitration*
*Claimants*

Dale H. Tuttle
B. J. Wade
GLASSMAN EDWARDS WADE
& WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

*Counsel for Plaintiffs*
*Elizabeth P. Willis, et al. &*
*Movant, Joseph J. McGoey, III*

Emily C. Komlossy
FARUQI & FARUQI, LLP
3595 Sheridan St., Ste. 206
Hollywood, FL 33021

*Counsel for Miscellaneous Party*
*Mechanical Contractors –*
*U.A. Local 119 Health and Pension Plans*

Martin D. Chitwood
Gregory E. Keller
Michael R. Peacock
CHITWOOD HARLEY
& HARNES LLP
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

*Counsel for Plaintiffs*
*Charlotte C. Hartman, et al.*

Jerome A. Broadhurst
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave., Ste. 400
Memphis, TN 38119-3972

*Counsel for Miscellaneous Party*
*Pete Aviotti, Jr., et al.*

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Counsel for Defendants*
*Regions Financial*
*Corporation*

C. Oliver Burt
Jay W. Eng
BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO
222 Lakeview Avenue
Esperante Building, Suite 900
West Palm Beach, FL 33401

*Counsel for Plaintiffs*
*Walter T. Kirkbride, et al.*

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave., Ste. 300
Memphis, TN 38103

*Counsel for Plaintiffs*
*Walter T. Kirkbride, et al.*

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671-0266

*Counsel for Plaintiffs,*
*Larry F. Hartman, et al.*

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215

*Counsel for Intervenor Plaintiff*
*Bauler Trust, Berman Group*

Peter S. Fruin
MAYNARD COOPER & GALE PC
201 Monroe Street, Suite 1650
Montgomery, AL 36104

*Counsel for Regions Financial*
*Corporation & Regions Bank*

Jeffrey B. Maletta
Nicole A. Baker
K&L GATES LLP
1601 K Street NW
Washington, DC 20006

*Counsel for Defendants*
*Jack R. Blair, et al.*

Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
165 Madison Ave., Ste. 2000
Memphis, TN 38103

*Counsel for Defendant*
*PricewaterhouseCoopers, LLP*

Timothy A. Duffy
Emily Nicklin
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Ste. 5400
Chicago, IL 60601

*Counsel for Defendant*
*PricewaterhouseCoopers, LLP*

/s/ Matthew M. Curley

7257863.1