**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN OPEN-END MUTUAL FUND LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 2:07-cv-02784-SHM-dkv<br><br>CLASS ACTION |
| This Document Relates to:<br>ALL ACTIONS | | |
| IN RE REGIONS MORGAN KEEGAN CLOSED-END FUND LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 2:07-cv-02830-SHM-dkv<br><br>CLASS ACTION |
| This Document Relates to:<br>ALL ACTIONS | | |

**NOTICE OF CHANGE OF ADDRESS**
**FOR KIRKLAND & ELLIS LLP**

PLEASE TAKE NOTICE that, effective April 13, 2009, the address, telephone number, and facsimile number of the Chicago office of Kirkland & Ellis LLP, Counsel for PricewaterhouseCoopers LLP, will change as follows:

> Kirkland & Ellis LLP
> 300 N. LaSalle
> Chicago, IL  60654
>
> Telephone:  312-862-2000
> Facsimile:   312-862-2200

April 8, 2009                                       Respectfully submitted,


                                        /s/ Kristopher S. Ritter
                                        Emily Nicklin, P.C.
                                        Timothy A. Duffy, P.C.
                                        Kristopher Ritter
                                        KIRKLAND & ELLIS LLP
                                        200 E. Randolph Drive
                                        Chicago, Illinois 60601
                                        Telephone:  (312) 861-2000
                                        Facsimile:   (312) 861-2200

                                        Leo M. Bearman, Jr. (#8363)
                                        Eugene J. Podesta, Jr. (#9831)
                                        BAKER DONELSON BEARMAN
                                           CALDWELL & BERKOWITZ, PC
                                        165 Madison Avenue, 19th Floor
                                        Memphis, Tennessee 38103
                                        (901) 526-2000 (ph)
                                        (901) 577-2303 (fx)
                                        lbearman@bakerdonelson.com
                                        gpodesta@bakerdonelson.com

                                        *Counsel for Defendant*
                                        *PricewaterhouseCoopers LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Carolyn Glass Anderson**
  cga@zimmreed.com,mbk@zimmreed.com,kmc@zimmreed.com

- **Nicole A. Baker**
  nicole.baker@klgates.com,klgateseservice@klgates.com

- **Leo Maurice Bearman, Jr.**
  lbearman@bakerdonelson.com

- **Timothy J. Becker**
  tjb@zimmreed.com

- **Michael A. Brady**
  mbrady@bassberry.com

- **Jerome A. Broadhurst**
  jbroadhurst@appersoncrump.com,ptrantina@appersoncrump.com,jabcounsel@aol.com

- **Mark P. Chalos**
  mchalos@lchb.com

- **Matthew M. Curley**
  mcurley@bassberry.com,cwoosley@bassberry.com

- **Michael L. Dagley**
  mdagley@bassberry.com

- **Harold Naill Falls, Jr.**
  nf@fallsveach.com

- **Gregg M. Fishbein**
  gmfishbein@locklaw.com

- **Peter S. Fruin**
  pfruin@maynardcooper.com

- **Albert C. Harvey**
  HarveyA@thomasonlaw.com

- **Kirsten D. Hedberg**
  kdh@zimmreed.com

- **Beth A. Keller**
  bkeller@faruqilaw.com

- **Emily C. Komlossy**
  ekomlossy@faruqilaw.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com

- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com

- **Christopher Marlborough**
  cmarlborough@faruqilaw.com

- **D. Andrew Pietro**
  pietroda@sullcrom.com

- **Eugene J. Podesta, Jr.**
  gpodesta@bakerdonelson.com

- **Steven Lawrence Polk**
  larry.polk@sablaw.com

- **Charles D. Reaves**
  creaves44@comcast.net

- **Thomas V. Seifert**
  tseifert@hsvwlaw.com

- **J. Gerard Stranch, IV**
  gstranch@branstetterlaw.com

- **James G. Stranch, III**
  jgs@branstetterlaw.com

- **David E. Swarts**
  swartsd@sullcrom.com

- **Shepherd D. Tate**
  state@bassberry.com

- **David B. Tulchin**
  tulchind@sullcrom.com

- **Vernon J. Vander Weide**
  vvanderweide@hsvwlaw.com,cwebb@hsvwlaw.com

- **John B. Veach, III**
  tv@fallsveach.com

- **B. J. Wade**
  bwade@gewwlaw.com

- **Martin W. Zummach**
  martin@sparkman-zummach.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following

non-ECF participants:

**Robert A. Izard**
SCHATZ NOBEL IZARD, P.C.
20 Church Street
Suite 1700
Hartford, CT 06103

**Nancy A. Kulesa**
SCHATZ NOBEL IZARD, P.C.
20 Church Street
Suite 1700
Hartford, CT 06103

**Jeff Nobel**
SCHATZ NOBEL IZARD, P.C.
20 Church Street
Suite 1700
Hartford, CT 06103

**Dewun R. Settle**
CHANCERY COURT CLERK AND MASTER
140 Adams Avenue
Ste. 308
Memphis, TN 38103

/s/ Kristopher S. Ritter
Kristopher S. Ritter
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000 (ph)
(312) 861-2200 (fx)
kristopher.ritter@kirkland.com