IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br>Master File No.2:07-cv-02784-SHM-dvk<br><br>and<br><br>*In re Regions Morgan Keegan Closed-End Fund Litigation*,<br>Master File No. 2:07-cv-02830-SHM-dvk | MDL Docket No. 2009 |

**MOTION TO STAY DISCOVERY IN LOUISIANA STATE COURT ACTION**
**FILED BY MORGAN ASSET MANAGEMENT, INC.**

Defendant Morgan Asset Management, Inc. ("MAM"), files this Motion to Stay Discovery and respectfully requests that this Court stay certain discovery in the Louisiana state court action, Firefighters' Retirement System v. Regions Bank, No. C567874 Section 25, 19th Judicial District Court, Parish of East Baton Rouge, Louisiana (the "Firefighters' Action").

As grounds for this motion, MAM states that the plaintiff in that action, Firefighters' Retirement System ("FRS"), is pursuing claims in the Firefighters' Action that substantially overlap with claims asserted in the federal securities actions pending before this Court. Specifically, FRS seeks recovery for losses sustained in connection with its investment in the RMK Select High Income Fund (the "Fund"). In furtherance of these claims, FRS seeks wide ranging document discovery regarding the Fund and MAM and deposition and court testimony that threaten this Court's jurisdiction with respect to the federal securities actions pending before

it. FRS has declined to coordinate discovery that overlaps with the actions pending before this Court and the discovery sought by FRS is the subject of a motion to compel presently scheduled to be heard by the state court in Baton Rouge on **_Monday, August 24, 2009_**. As such, MAM respectfully requests expedited consideration of this motion.

MAM requests that this Court exercise its authority under the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), and the Securities Litigation Uniform Standards Act ("SLUSA") to "stay discovery proceedings in any private action in a State court as necessary in aid of its jurisdiction, or to protect or effectuate its judgments . . . ." 15 U.S.C. § 78u-4(b)(3)(D). Specifically, MAM requests that this Court exercise its authority under the PSLRA and SLUSA to stay discovery in the Firefighters' Action related to alleged mismanagement of the Fund, the valuation, liquidity and concentration of Fund assets, Fund policies and procedures and alleged misrepresentations and/or omissions concerning the Fund.

A memorandum of law, the Declaration of Matthew M. Curley and a proposed order are submitted in support of this motion.

DATED this 21st day of August 2009.

Respectfully submitted,

BASS, BERRY & SIMS PLC

By: /s/ Matthew M. Curley
Michael L. Dagley
Matthew M. Curley
W. Brantley Phillips, Jr.
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238
(615)742-6200

Shepherd D. Tate
Michael A. Brady
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, TN  38103
(901) 543-5900

*Attorneys for Morgan Keegan & Company, Inc., MK Holding, Inc., and Morgan Asset Management, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via electronic and U.S. Mail:

| | |
|---|---|
| Mark P. Chalos<br>LIEFF CABRASHER HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Ave., North, Ste. 1550<br>Nashville, TN 37219-2423 | Eben F. Duval<br>Dennis J. Johnson<br>JOHNSON & PERKINSON<br>1690 Williston Rd.<br>South Burlington, VT 05403 |
| Steven E. Fineman<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017 | John J. Carey<br>Michael J. Flannery<br>CAREY & DANIS, L.L.C.<br>8235 Forsyth Blvd., Ste. 1100<br>St. Louis, MO 63105 |
| Richard M. Heimann<br>Sharon M. Lee<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery St., 30th Floor<br>San Francisco, CA 94111-3339 | Beth A. Keller<br>Christopher Marlborough<br>FARUQI & FARUQI, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017 |
| Robert A. Izard<br>Jeff Nobel<br>SCHATZ NOBEL IZARD, P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 | Emily C. Komlossy<br>FARUQI & FARUQI, LLP<br>3595 Sheridan St., Ste. 206<br>Hollywood, FL 33021 |
| Harold Naill Falls, Jr.<br>John B. Veach<br>FALLS & VEACH<br>1143 Sewanee Rd.<br>Nashville, TN 37220 | Martin D. Chitwood<br>Gregory E. Keller<br>Michael R. Peacock<br>CHITWOOD HARLEY<br>& HARNES LLP<br>1230 Peachtree St., N.E.<br>2900 Promenade II<br>Atlanta, GA 30309 |

Jerome A. Broadhurst
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave., Ste. 400
Memphis, TN 38119-3972

Jeffrey B. Maletta
Nicole A. Baker
K&L GATES LLP
1601 K Street NW
Washington, DC 20006

Dale H. Tuttle
B. J. Wade
GLASSMAN EDWARDS WADE
& WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Peter S. Fruin
MAYNARD COOPER & GALE PC
201 Monroe Street, Suite 1650
Montgomery, AL 36104

C. Oliver Burt
Jay W. Eng
BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO
222 Lakeview Avenue
Esperante Building, Suite 900
West Palm Beach, FL 33401

Timothy A. Duffy
Emily Nicklin
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Ste. 5400
Chicago, IL 60601

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave., Ste. 300
Memphis, TN 38103

Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
165 Madison Ave., Ste. 2000
Memphis, TN 38103

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671-0266

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215

5

And served the following counsel for the parties and the Clerk of Court in <u>Firefighters' Retirement System v. Regions Bank</u>, No. C567874 Section 25, 19th Judicial District Court, Parish of East Baton Rouge, Louisiana via U.S. Mail and electronic mail:

Steven Stockstill
FIREFIGHTERS' RETIREMENT SYSTEM
3100 Brentwood Drive
Baton Rouge, LA 70809

Peter J. Moughey
LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER & PROCTOR, PA
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996

Brian N. Smiley
J. Michael Bishop
SMILEY BISHOP & PORTER, LLP
1050 Crown Pointe Parkway
Suite 1250
Atlanta, GA 30338-7707

J. Michael Rediker
Thomas L. Krebs
HASKELL, SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Alfred A. Olinde, Jr.
Harry Case Stansbury
Kirk Reasonover
REASONOVER & OLINDE, LLC
400 Poydras Street, Suite 1980
New Orleans, LA 70130

Edward H. Bergin
Genevieve M. Hartel
Sarah B. Belter
JONES WALKER
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100

Stephen H. Kupperman
Stephen L. Miles
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Luther M. Dorr, Jr.,
Cynthia G. Lamar-Hart
MAYNARD COOPER & GALE, PA
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 25303

**Via U.S. Mail Only**
Doug Welborn
Clerk of Court
19th Judicial District Court
Parish of East Baton Rouge
222 St. Louis Street
Baton Rouge, Louisiana 70802

/s/ Matthew M. Curley

6