UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

IN RE REGIONS MORGAN KEEGAN CLOSED-END FUND LITIGATION CLASS ACTION

Master File:  2:07-cv-02830-SHM-dkv

**This Document Relates to:**

| | |
|---|---|
| C. Fred Daniels, as Trustee *ad Litem* for The Harold G. McAbee Family Trust **[RMH Fund],** et al. v. Morgan Keegan & Co., Inc., et al. | 2:08-cv-02452-SHM-tmp |
| C. Fred Daniels, as Trustee *ad Litem* for The Harold G. McAbee Family Trust **[RMA Fund],** et al.   No. v. Morgan Keegan & Co., Inc., et al. | 2:08-cv-02453-SHM-tmp |
| C. Fred Daniels, as Trustee *ad Litem* for KPS GROUP, INC. PROFIT SHARING RETIREMENT PLAN, **[RSF Fund],** et al. v. Morgan Keegan & Co., Inc., et al. | 2:08-cv-02455-SHM-tmp |
| C. Fred Daniels, as Trustee *ad Litem* for THE ALICE C. CADE FOR THE BENEFIT OF CARROLL CORBIN BAYS TRUST, **[RHY Fund],** et al. v. Morgan Keegan & Co., Inc., et al. | 2:08-cv-02456-SHM-tmp |

**MOTION AND MEMORANDUM TO UNCONSOLIDATE OR SEVER TRUSTEE
*AD LITEM'S* CLOSED-END FUND CLASS ACTIONS OR
ALTERNATIVELY TO IDENTIFY AND APPOINT A LEAD
PLAINTIFF IN CONSOLIDATED CLOSED-END FUND CLASS ACTIONS**

C. Fred Daniels, as Trustee *ad Litem* for The Harold G. McAbee Family Trust; The KPS Group, Inc. Profit Sharing Retirement Plan; The Leroy McAbee, Sr. Family Foundation Trust; The Boyd F. Horn IRA Rollover Trust; The Alice C. Cade For The Benefit Of Carroll Corbin Bays Trust; The Patricia Penzone Irrevocable Trust For The Benefit Of Charles A. Penzone, and for classes of similarly situated Trusts and Custodial Accounts, together with their respective trustees, representatives, and fiduciaries (the "TAL"), respectfully moves the Court to unconsolidate or sever from other class actions previously consolidated in <u>In Re Regions Morgan Keegan Closed-End Fund Litigation</u>, Civil Action No. 07-2830, the four class actions the TAL filed on behalf of Trusts and Custodial Accounts for which Regions Bank as trustee, custodian, or agent purchased, otherwise acquired, or held one or more shares of one or more of the Regions Morgan Keegan closed-end funds commonly referenced as RMH, RMA, RSF, and RHY. As grounds for this motion, the TAL, in his capacity described above, offers the following:

1. Beginning in December 2007, multiple class actions (the "Original Closed-End Fund Class Actions") were filed in this district on behalf of investors in shares of one or more Regions Morgan Keegan closed-end funds known as RMK High Income Fund, Inc. ("RMH"), RMK Advantage Income Fund, Inc. ("RMA"), RMK Strategic Income Fund, Inc. ("RSF"), and RMK Multi-Sector High Income Fund, Inc. ("RHY"), asserting a variety of claims under federal securities laws (the "Class Securities Claims").

2. The defendants in the Original Closed-End Fund Class Actions include Regions Bank, Region Bank's corporation parent (Regions Financial Corporation), and corporate affiliates of Regions Bank, including Morgan Keegan & Company, Inc. and Morgan Asset Management, Inc. In its capacity as trustee, directed trustee, custodian, or agent for trust and

{B0209492.1} 2

custodial accounts (the "Trusts" and "Custodial Accounts"), Regions Bank had purchased, otherwise acquired, or held shares of the four Regions Morgan Keegan closed-end funds at issue in the Original Closed-End Fund Class Actions.  Recognizing at least a potential conflict of interest between its duties and obligations as trustee or custodian of Trusts and Custodial Accounts holding shares in those closed-end funds on the one hand, and its status as a defendant and corporate affiliate of other defendants in the Original Closed-End Fund Class Actions on the other, Regions Bank petitioned the Probate Court of Jefferson County, Alabama (where Regions Bank is headquartered) to appoint a trustee *ad litem* to carry out Regions Bank's litigation duties concerning the Class Securities Claims that Regions Bank could not or should not perform due to Regions Bank's conflicts of interest.  In response, that court entered an order (the "TAL Appointment Order") appointing the TAL as Trustee *ad Litem* for limited and specific purposes that include monitoring, evaluating, and participating in class actions asserting Class Securities Claims on behalf of the Trusts and the Custodial Accounts.  A copy of the Appointment Order is attached as Exhibit A.

3. As a protective measure, on July 11, 2008, the TAL filed separate class actions on behalf of the Trusts and Custodial Accounts that had purchased, acquired, or held investments in each of the four closed-end funds:  Daniels, et al. v. Morgan Keegan & Co., Inc. et al., Civil Action No. 08-2452 (asserting claims on behalf of Trusts and Custodial Accounts invested in RMH); Daniels, et al. v. Morgan Keegan & Co., Inc., et al., Civil Action No. 08-2453 (asserting claims on behalf of Trusts and Custodial Accounts invested in RMA); Daniels, et al. v. Morgan Keegan, et al., Civil Action No. 08-2455 (asserting claims on behalf of Trusts and Custodial Accounts invested in RSF); and Daniels, et al. v. Morgan Keegan, et al., Civil Action No. 08-

{B0209492.1} 3

2456 (asserting claims on behalf of Trusts and Custodial Accounts invested in RHY) (collectively, the "TAL Closed-End Fund Class Actions").

4.  The Court subsequently consolidated the Original Closed-End Fund Class Actions as "<u>In re Regions Morgan Keegan Closed-End Fund Litigation</u>," Civil Action No. 2:07-cv-02830-SHM-dkv.  Then still later, the Court consolidated the TAL Closed-End Fund Class Actions with the previously-consolidated Original Closed-End Fund Class Actions.  Collectively, these consolidated actions are referred to as the "Consolidated Closed-End Fund Class Actions."

5.  Several motions seeking appointment as Lead Plaintiff were filed in the Original Closed-End Fund Class Actions, but none has ultimately resulted in appointment of a Lead Plaintiff for the Consolidated Closed-End Fund Class Actions.[1]

6.  On February 12, 2009, the United States Panel on Multidistrict Litigation entered a Transfer Order transferring a number of actions involving Regions Morgan Keegan funds from other districts to this Court for consolidated pretrial proceedings with 18 actions then pending in this Court that likewise implicated Regions Morgan Keegan funds.  The Transfer Order provided that any other related actions would be treated as potential "tag-along" actions.  Subsequently, a steady stream of actions involving Regions Morgan Keegan funds have been transferred or conditionally transferred to this Court as "tag-along" actions.  Nevertheless, no new movants for Lead Plaintiff in the Consolidated Closed-End Fund Class Actions have emerged.

---

[1]  It should be noted that a Lead Plaintiff has been appointed in the Consolidated Open-End Mutual Fund Litigation under Docket No. 2:07-cv-02784-SHM and those cases are currently proceeding.  The TAL filed one of the consolidated open-end fund class actions (<u>Daniels as Trustee *ad Litem* for the George C. Von Gall, III, *Inter vivos* Q-Tip Trust Under Agreement, et al.</u>, Case No. 2:08-cv-0254-SHM-tmp) and in his capacity as Trustee *ad Litem* for Trusts and Custodial Accounts with investments in Regions Morgan Keegan open-end funds, is a class member in that consolidated case, but is not the Lead Plaintiff.  The TAL, as Trustee *ad Litem* for Trusts and Custodial Accounts invested in both Regions Morgan Keegan closed-end funds and Regions Morgan Keegan open-end funds also filed a separate action in state court asserting common law breach of contract and negligence claims against Morgan Asset Management, Inc. ("MAM") and others based on Investment Advisory Services Agreements between MAM and Regions Bank as trustee for Trusts and Custodial Accounts.  That action has been removed to this Court as Case No. 2:09-cv-02800-SHM.

7. The class actions filed by the TAL are unique in that, consistent with the limited scope of the TAL Appointment Order, the TAL Closed-End Fund Class Actions were <u>not</u> filed on behalf of all purchasers or owners of shares of the Regions Morgan Keegan closed-end funds. Rather, the classes on whose behalf the TAL Closed-End Fund Class Actions were filed are limited to Trusts and Custodial Accounts for which Regions Bank as trustee, directed trustee, custodian, or agent purchased, otherwise acquired, or held shares in one or more of the Regions Morgan Keegan closed-end funds.

8. The TAL desires that the TAL Closed-End Fund Class Actions move forward and be pursued and prosecuted. Since no movant or candidate for Lead Plaintiff has emerged for all of the Consolidated Closed-End Fund Class Actions as currently consolidated and structured, the TAL respectfully urges that the TAL Closed-End Fund Class Actions be severed or unconsolidated from the remaining actions consolidated under <u>In re Regions Morgan Keegan Closed-End Fund Litigation</u>, Civil Action No. 07-2830 so that the TAL can pursue the TAL Closed-End Fund Class Actions for the Trusts and Custodial Accounts on whose behalf the Probate Court of Jefferson County, Alabama appointed the TAL to act.

9. Alternatively, the TAL moves the Court to exercise its statutory, equitable, and inherent powers to identify and appoint a Lead Plaintiff for all actions currently consolidated in <u>In Re Regions Morgan Keegan Closed-End Fund Litigation</u>, Civil Action No. 07-2830. Having filed a class action complaint included within the Consolidated Closed-End Fund Class Actions, the TAL has satisfied the requirements of 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(aa) and 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa) to serve as Lead Plaintiff. See, <u>Coopersmith v. Lehman Brothers</u>, 344 F. Supp. 783, 790 (D. Mass. 2004).

In conclusion and in light of the facts stated above, and consistent with the discretion of this Court, the TAL respectfully moves the Court to unconsolidate or sever the TAL's actions to permit them to proceed independently from the Consolidated Closed-End Fund Litigation. In the alternative, the TAL moves the Court to identify and appoint a Lead Plaintiff for all actions currently consolidated in the Consolidated Closed-End Fund Litigation.

>Respectfully submitted,
>
>**THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC**
>
>/s/ Albert C. Harvey, Esq.
>Albert C. Harvey, Esq.  (7955)
>Justin E. Mitchell  (25578)
>Attorneys for Plaintiffs
>40 South Main, Suite 2900
>Memphis, TN  38103-5529
>(901)  525-8721
>
>Crawford S. McGivaren, Jr.
>R. Carlton Smyly, Esq.
>**CABANISS, JOHNSTON, GARDNER DUMAS & O'NEAL, LLP**
>Suite 700, Park Place Tower
>2001 Park Place North
>Birmingham, AL   35203
>(205) 716-5237
>
>*Co-Counsel*

{B0209492.1}

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 17th, 2010** the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    /s/ Albert C. Harvey

4844-7144-9349, v. 1