IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION

| | | |
|---|---|---|
| C. FRED DANIELS, as Trustee *ad Litem* in substitution for Regions Bank dba Regions Morgan Keegan Trust as trustee for the JUANITA H. SCHAFFER IRREVOCABLE TRUST; the TRUST UNDER WILL OF MARY B. WELCH; the TRUST UNDER LAST WILL AND TESTAMENT OF J. S. COOPER FOR BENEFIT OF CORINNE COOPER; the TRUST UNDER WILL OF WILLIAM THOMAS HARDISON, SR.; the TRUST UNDER WILL OF HORACE SMALL FOR BENEFIT OF ROGER SMALL; the MAMIE C. HOWELL TRUST UNDER AGREEMENT; the DAVID T. UNDERWOOD, JR. REVOCABLE TRUST; the TRUST FOR NOEL A. M. GAYLOR UNDER LAST WILL AND TESTAMENT OF ANN GAYLOR; the TRUST UNDER WILL OF JESSE S. COOPER FOR BENEFIT OF JUDITH ANNE CARRAWAY; the SANDRA CARR REVOCABLE TRUST UNDER AGREEMENT; and for a CLASS OF ALL SIMILARLY SITUATED TRUSTS AND CUSTODIAL ACCOUNTS, TOGETHER WITH THEIR RESPECTIVE TRUSTEES, REPRESENTATIVES, AND FIDUCIARIES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:09-cv-02800-SHM-cgc |
| Plaintiffs, | ) ) ) ) ) ) | |
| vs. | ) ) ) | |
| MORGAN ASSET MANAGEMENT, INC.; MORGAN KEEGAN & COMPANY, INC.; MK HOLDINGS, INC.; REGIONS FINANCIAL | ) ) ) ) | |

| | |
|---|---|
| **CORPORATION; JAMES C. KELSOE, JR.; ALLEN B. MORGAN, JR.; J. KENNETH ALDERMAN; BRIAN B. SULLIVAN; JOSEPH C. WELLER; J. THOMPSON WELLER; CHARLES D. MAXWELL; MICHELE F. WOOD; DAVID H. TANNEHILL; JOHN BOSTON; CHARLIE A. MURRAY; MATT R. SMITH; DOUG WILLIAMS; GARY PARTRIDGE; JENNY JOHNS; GUILLERMO R. ARAOZ; and DEFENDANTS JOHN DOE ONE through TWENTY,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | |

## MOTION AND MEMORANDUM FOR PERMISSION TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2), the Plaintiffs respectfully move the Court for an Order allowing the attached Second Amended Complaint. This Motion is supported by the following grounds:

1. On April 7, 2010, after the Plaintiffs filed (on March 26) their Response to the Defendants' Motions To Dismiss, the following were filed:

(a) The Director of The Alabama Securities Commission, the Commissioner of the Kentucky Department of Financial Institutions, the Assistant Secretary of State for the Mississippi Secretary of State Securities and Charities Division, and the Assistant Attorney General for the State of South Carolina (collectively, the "Multi-State Agencies") filed and issued a "Joint Notice Of Intent To Revoke Registration And Impose Administrative Penalty" (Joint Administrative Proceeding File Nos. Alabama: SC-2010-0016; Kentucky: 2010-AH-021; Mississippi: S-08-0050; South Carolina: 08011) (the "Multi-State Regulatory Complaint") against Defendants Morgan Asset

2

Management, Inc. ("Morgan Management"), Morgan Keegan & Company, Inc. ("Morgan Keegan"), James C. Kelsoe, Jr. ("Kelsoe"), Brian B. Sullivan ("Sullivan"), and Michele F. Wood ("Wood");

(b) The Department of Enforcement of the Financial Industry Regulatory Authority ("FINRA") filed a Complaint (Disciplinary Proceeding No. 2007011164501) (the "FINRA Complaint") against Defendant Morgan Keegan; and

(c) The United States Securities And Exchange Commission ("SEC") filed an Order Instituting Administrative And Cease-And-Desist Proceeding ("SEC Complaint") against Defendants Morgan Management, Morgan Keegan, and Kelsoe.

Collectively, these are referred to as the "Regulatory Filings."

2. Each of the Regulatory Filings concerns the same RMK Funds that were also purchased for and held in the Trusts and Custodial Accounts on whose behalf this action is brought.

3. The Regulatory Filings are based on an extensive and coordinated investigation of conduct of the Defendants, much of which is also the subject of this action.

4. The Regulatory Filings provide facts, information, and documents that were previously unavailable to the Plaintiffs and that bear directly upon the Plaintiffs' claims and allegations. The Multi-State Regulatory Complaint, for example, attached over 130 exhibits, including previously unavailable e-mails, internal documents, affidavits, and transcripts of sworn testimony. In their pending Motion To Dismiss, the Defendants assert a lack of detail and specificity in the Plaintiffs' allegations as an ostensible basis for dismissal. While the Plaintiffs are satisfied that their First Amended Complaint is sufficient, the new facts,

3

information, and documents provided by the Regulatory Filings allow the Plaintiffs to add specificity and detail to their claims and allegations in this action.

    5.    This action has not progressed past the initial pleading stage. No Defendant has filed an Answer. Discovery has not yet begun.

> Rule 15 of the Federal Rules of Civil Procedure "reinforce[s] the principle that cases 'should be tried on their merits rather than the technicalities of pleadings.'" *Moore v. City of Paducah*, 790 F.2d 557, 559 (6th Cir. 1986). (quoting *Tefft v. Seward*, 689 F.2d 637, 639 (6th Cir. 1982)). Rule 15(a)(2) provides that [t]he court should freely give leave [to amend] when justice so requires."

*Equal Employment Opportunity Commission v. Taco Bell Corp.*, 575 F. Supp. 2d 884, 888 (W.D. Tenn. 2008); Accord, *Stewart v. Shelby Tissue, Inc.*, 189 F.R.D. 357, 359 (W.D. Tenn. 1999).

    6.    Newly available information is a recognized basis for allowing amendments to a complaint. See *e.g.*, *Johnson v. Ventra Group, Incorporated*, 124 F.3d 197 (6th Cir. 1997); *Star Waste Services, LLC v. U. S. Waste, LLC*, 2008 WL 2066442 (E.D. Tenn. 2008).

    7.    Allowing the proposed amendment to the Complaint will result in no prejudice to the Defendants. "[T]he party opposing a motion to amend must make some significant showing of prejudice to prevail." *Security Insurance Company of Hartford v. Kevin Tucker & Associates, Inc.*, 64 F.3d 1001, 1009 (6th Cir. 1995), Accord, *Wallace Hardware Company, Inc. v. Abrams*, 223 F.3d 382 (6th Cir. 2000). The Defendants can make no such showing.

    For the above reasons, the Plaintiffs respectfully move the Court for an Order allowing the attached Second Amended Complaint.

Respectfully submitted,

**THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC**

 s/ Albert C. Harvey
Albert C. Harvey, Esq.  (7955)
Justin E. Mitchell, Esq.  (25578)
Attorneys for Plaintiffs
40 South Main, Suite 2900
Memphis, TN  38103-5529
(901)  525-8721

Crawford S. McGivaren, Jr., Esq.
R. Carlton Smyly, Esq.
**CABANISS, JOHNSTON, GARDNER DUMAS & O'NEAL, LLP**
Suite 700, Park Place Tower
2001 Park Place North
Birmingham, AL   35203
(205) 716-5237

*Co-Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

Matthew M. Curley
Michael L. Dagley
W. Brantley Phillips, Jr.
BASS, BERRY & SIM, PLC
150 Third Avenue South, #2800
Nashville, TN 37201

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004

s/ Albert C. Harvey

4830-2202-6246, v.  1