UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN re: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>*In Re Regions Morgan Keegan Closed-End Fund Litigation*<br><br>Master File No.: 2:07-cv-2830-SHM-dkv<br><br>This Document Relates To:<br><br>*Elizabeth P. Willis, et al., v. Morgan Keegan & Co. Inc., et al.* | Case No. 09-md-2009-SHM |

## NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice of counsel's new firm name, address, telephone number, facsimile number, and e-mail address as follows:

B. J. Wade, Esq.
DEAL, COOPER & HOLTON, PLLC
296 Washington Avenue
Memphis, TN 38103
(901) 523-2222 – telephone
(901) 523-2232 – facsimile
bwade@dchlaw.com

Respectfully submitted,
**DEAL, COOPER & HOLTON, PLLC**
By:   s/B. J. Wade
B. J. Wade (#05182)
296 Washington Avenue
Memphis, TN 38103
(901) 523-2222 – telephone
(901) 523-2232 – facsimile
bwade@dchlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been duly served via the court's electronic filing system on this the 16th day of November, 2010, upon the following:

| | |
|---|---|
| Carolyn Glass Anderson, Esq.<br>Timothy J. Becker, Esq.<br>Kirsten D. Hedbert, Esq.<br>**Zimmerman Reed, PLLP** | cga@zimmreed.com<br>tjb@zimmreed.com<br>kdh@zimmreed.com |
| Nicole A. Baker, Esq.<br>Jeffrey B. Maletta, Esq.<br>**K&L Gates, LLP** | Nicole.baker@klgates.com<br>Jeffrey.maletta@klgates.com |
| Leo M. Bearman, Jr., Esq.<br>Eugene J. Podesta, Jr., Esq.<br>**Baker, Donelson, Bearman<br>  Caldwell & Berkowitz** | lbearman@bakerdonelson.com<br>gpodesta@bakerdonelson.com |
| Robin A. Besaw, Esq.<br>**Pursley, Lowery & Meeks, LLP** | rbesaw@plmllp.com |
| Michasel A. Brady, Esq.<br>Matthew M. Curley, Esq.<br>Michael L. Dagley, Esq.<br>Shepherd D. Tate, Esq.<br>**Bass, Berry & Sims, PLC** | mbrady@bassberry.com<br>mcurley@bassberry.com<br>mdagley@bassberry.com<br>state@bassberry.com |
| Jerome A. Broadhurst, Esq.<br>Charles Durham Reaves, Esq.<br>**Apperson Crump, PLC** | jbroadhurst@appersoncrump.com<br>creaves@appersoncrump.com |
| Mark P. Chalos, Esq.<br>**Lieff, Cabrasher, Heimann<br>  & Bernstein, LLP** | mchalos@lchb.com |
| Asa R. Danes, Esq.<br>**Seeger Weiss, LLP** | adanes@seegerweiss.com |
| Timothy A. Duffy, Esq.<br>Emily Nicklin, Esq.<br>Kristopher S. Ritter, Esq.<br>**Kirkland & Ellis, LLP** | tduffy@kirkland.com<br>enicklin@kirkland.com<br>ritterk@kirkland.com |

| | |
|---|---|
| Harold Naill Falls, Jr., Esq.<br>John B. Veach, III, Esq.<br>**Falls & Veach** | nf@fallsveach.com<br>tv@fallsveach.com |
| Gregg M. Fishbein, Esq.<br>**Lockridge, Grindal, Nauen, PLLP** | gmfishbein@locklaw.com |
| Charles Wesley Fowler, Esq.<br>**The Fowler Law Firm** | wfowler@wesfowlerlaw.com |
| Peter S. Fruin, Esq.<br>**Maynard Cooper & Gale, PC** | pfruin@maynardcooper.com |
| Albert C. Harvey, Esq.<br>Justin Edward Mitchell, Esq.<br>**Thomason, Hendrix, Harvey Johnson & Mitchell** | harveya@thomasonlaw.com<br>mitchellje@thomasonlaw.com |
| Robert A. Izard, Esq.<br>Nancy A. Kulesa, Esq.<br>Jeff Nobel, Esq.<br>**Izard Nobel** | ard@izardnobel.com<br>nkulesa@izardnobel.com<br>jnobel@izardnobel.com |
| Beth A. Keller, Esq.<br>Emily C. Komlossy, Esq.<br>Christopher Marlborough, Esq.<br>**Faruqi & Faruqi, LLP** | bkeller@faruqilaw.com<br>ekomlossy@faruqilaw.com<br>cmarlborough@faruqilaw.com |
| Richard A. Lockridge, Esq.<br>**Lockridge, Grindal, Nauen, PLLP** | ralockridge@locklaw.com |
| Kevin C. Logue, Esq.<br>**Paul, Hastings Janofsky & Walker, LLP** | kevinlogue@paulhastings.com |
| John McQuiston, II, Esq.<br>**Evans Petree, PC** | jmcquiston@evanspetree.com |
| R. Harold Meeks, Jr., Esq.<br>**Pursley, Lowery & Meeks, LLP** | hmeeks@plmllp.com |
| D. Andrew Pietro, Esq.<br>David E. Swarts, Esq.<br>David B. Tulchin, Esq.<br>**Sullivan & Cromwell, LLP** | pietroda@sullcrom.com<br>swartsd@sullcrom.com<br>tulchind@sullcrom.com |

3

| | |
|---|---|
| Steven Lawrence Polk, Esq.<br>**Sutherland Asbill & Brennan, LLP** | larry.polk@sutherland.com |
| Thomas V. Seifert, Esq.<br>Vernon J. Vander Weide<br>**Head, Seifert & Vander Weide, P.C.** | tseifert@hsvwlaw.com<br>vvanderweide@hsvwlaw.com |
| J. Gerard Stranch, IV, Esq.<br>James G. Stranch, III, Esq.<br>**Branstetter Stranch & Jennings, PLLC** | gstranch@branstetterlaw.com<br>jgs@branstetterlaw.com |
| Martin W. Zummach, Esq.<br>**Sparkman Zummach, P.C.** | martin@sparkman-zummach.com |

                                                                         s/B. J. Wade
                                                                         B. J. WADE