```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```

| | |
|---|---|
| **LARRY F. and CHARLOTTE C. HARTMAN, Individually and on behalf all others similarly situated,**<br><br>    Plaintiffs,<br><br>v.<br><br>**MORGAN KEEGAN & COMPANY, INC., et al.,**<br><br>    Defendants. | No. 08-2071 |

### ORDER ADMINISTRATIVELY CLOSING CASE

The claims in this action have been consolidated under <u>In re Regions Morgan Keegan Open-End Mutual Fund Litigation</u>, No. 07-2784, and <u>In re Regions Morgan Keegan Closed-End Fund Litigation</u>, No. 07-2830.  (<u>See</u> Order Granting in Part and Denying in Part Mots. for Partial Consolidation, Appointment of Lead Pl., and Approval of Counsel 38-39, ECF No. 53.)  This action is therefore closed administratively.  The parties are DIRECTED to file in the consolidated cases above.

So ordered this 25th day of May, 2011.

                                    s/ Samuel H. Mays, Jr.
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE