IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| C. FRED DANIELS, as Trustee ad litem for THE HAROLD G. MCABEE FAMILY TRUST, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MORGAN KEEGAN & COMPANY, INC., et al. <br><br>  Defendants. | No. 08-2452 |
| C. FRED DANIELS, as Trustee ad litem for THE HAROLD G. MCABEE FAMILY TRUST, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MORGAN KEEGAN & COMPANY, INC., et al. <br><br>  Defendants. | No. 08-2453 |
| C. FRED DANIELS, as Trustee ad litem for KPS GROUP, INC. PROFIT SHARING RETIREMENT PLAN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MORGAN KEEGAN & COMPANY, INC., et al. <br><br>  Defendants. | No. 08-2455 |
| C. FRED DANIELS, as Trustee ad litem for THE ALICE C. CADE FOR THE BENEFIT OF CARROLL CORBIN BAYS TRUST, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MORGAN KEEGAN & COMPANY, INC., et al. <br><br>  Defendants. | No. 08-2456 |

**ORDER ADMINISTRATIVELY CLOSING CASES**

The claims in these actions have been consolidated under <u>In re Regions Morgan Keegan Closed-End Fund Litigation</u>, No. 07-2830.  (<u>See</u> Order Granting Defs.' Mots. for Consolidation 4, ECF No. 73.)  These actions are therefore closed administratively.  The parties are DIRECTED to file in the consolidated case above.

So ordered this 25th day of May, 2011.

                                        s/ Samuel H. Mays, Jr.
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE