IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | |
| This Document Relates to: | ) ) | Case No: 2:09-md-2009-SHM |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation* NO. 2:07-cv-02784-SHM-dkv | ) ) ) ) | |
| *In re Regions Morgan Keegan Closed-End Mutual Fund Litigation* NO. 2:07-cv-2830-SHM-dkv | ) ) ) ) | |
| *In re Helios Closed-End Funds Derivative Litigation* NO. 2:10-cv-2188-SHM-dkv | ) ) ) ) | |
| *Woods v. Morgan Asset Management, Inc.* No. 2:09-cv-02280-SHM-dkv | ) ) ) | |
| *Schilleci v. Morgan Keegan & Co., Inc.* No. 2:10-cv-02011-SHM-dkv | ) ) ) | |
| *Freeman v. Regions Bank* No. 2:10-cv-02278-SHM-dkv | ) ) ) | |
| *Karrells v. Morgan Asset Management, Inc.* No. 2:10-cv-02279-SHM-dkv | ) ) ) | |
| *Bolton v. Morgan Asset Management, Inc.* No. 2:10-cv-02439-SHM-dkv | ) ) ) | |
| *Ballinger v. Morgan Keegan & Co., Inc.* No. 2:10-cv-02509-SHM-dkv | ) ) ) | |

## MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 83.5, Robin A. Besaw respectfully moves this Court for the entry of an order permitting her withdrawal as counsel of record on behalf of Defendant Carter

Anthony in the above-referenced actions because as of June 10, 2011 Ms. Besaw will no longer be associated with the law firm of Pursley Lowery Meeks LLP. Granting this relief will not result in any delay in the trial of the above-referenced actions, as Defendant Carter Anthony will continue to be represented in the above-referenced actions by R. Hal Meeks, Jr. of Pursley Lowery Meeks LLP.

WHEREFORE, Robin A. Besaw respectfully requests that the Court enter an order granting her permission to withdraw as counsel for Defendant Carter Anthony. A proposed order shall be transmitted to the Court via e-mail in accordance with the requirements of Local Civil Rule 7.2(a)(1)(A).

Respectfully submitted this 7th day of June, 2011.

                        PURSLEY LOWERY MEEKS LLP

                        /s/ ROBIN A. BESAW

260 Peachtree Street, NW     Robin A. Besaw
Suite 2000                        Georgia Bar No. 223540
Atlanta, GA 30303           rbesaw@plmllp.com
(404) 880-7180
(404) 880-7199 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Motion for Withdrawal as Counsel of Record** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Beth A. Keller, Esq.
Christopher Marlborough, Esq.
Emily C. Komlossy, Esq.
FARUQI & FARUQI, LLP

Harold Naill Falls, Jr., Esq.
John B. Veach, III, Esq.
FALLS & VEACH

Albert C. Harvey, Esq.
Justin Edward Mitchell, Esq.
THOMASON HENDRIX HARVEY
JOHNSON & MITCHELL

Charles Durham Reaves, Esq.
Jerome A. Broadhurst, Esq.
APPERSON CRUMP, PLC

Kristen D. Hedberg, Esq.
Timothy J. Becker, Esq.
ZIMMERMAN REED, PLLP

B. J. Wade, Esq.
GLASSMAN EDWARDS WADE &
WYATT, P.C.

Martin W. Zummach, Esq.
SPARKMAN ZUMMACH, P.C.

Matthew M. Curley, Esq.
Michael L. Dagley, Esq.
BASS BERRY & SIMS PLC

David B. Tulchin, Esq.
D. Andrew Pietro, Esq.
David E. Swarts, Esq.
SULLIVAN & CROMWELL, LLP

J. Gerard Stranch, IV, Esq.
James G. Stranch, III, Esq.
BRANSTETTER STRANCH &
JENNINGS, PLLC

Jeff Nobel, Esq.
Nancy A. Kulesa, Esq.
Robert A. Izard, Esq.
IZARD NOBEL

Carolyn Glass Anderson, Esq.
ZIMMERMAN REED, PLLP

Gregg M. Fishbein, Esq.
Richard A. Lockridge, Esq.
LOCKRIDGE GRINDAL NAUEN PLLP

Thomas V. Seifert, Esq.
Vernon J. Vander Weide
HEAD SEIFERT & VANDER WEIDE, P.C.

Mark P. Chalos, Esq.
LIEFF CABRASHER HEIMANN &
BERNSTEIN, LLP

Charles Wesley Fowler, Esq.
THE FOWLER LAW FIRM

Michael A. Brady, Esq.
Shepherd D. Tate, Esq.
BASS BERRY & SIMS PLC

Peter S. Fruin, Esq.
MAYNARD COOPER & GALE, PC

| | |
|---|---|
| Steven Lawrence Polk, Esq.<br>SUTHERLAND ASBILL & BRENNAN LLP | Jeffrey B. Maletta, Esq.<br>Nichole A. Baker, Esq.<br>K & L GATES LLP |
| Emily Nicklin, Esq.<br>Timothy A. Duffy, Esq.<br>Kristopher S. Ritter, Esq.<br>KIRKLAND & ELLIS LLP | Eugene J. Podesta, Jr., Esq.<br>Leo Maurice Bearman, Jr., Esq.<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ |
| John McQuiston, II<br>EVANS PETREE, PC | Kevin C. Logue, Esq.<br>PAUL HASTINGS JANOFSKY & WALKER, LLP |
| John L. Farringer, IV, Esq.<br>L. Webb Campbell, II, Esq.<br>SHERRARD & ROE, PLC | Greg William Foster, Esq.<br>Steven W. Couch, Esq.<br>William M. Hill, Jr., Esq.<br>HOLLIS WRIGHT & HARRINGTON PC |
| Jeffrey R. Sonn, Esq.<br>Scott L. Adkins, Esq.<br>SONN & EREZ, PLC | Frank L. Watson, III, Esq.<br>WATSON BURNS, PLLC |
| Adam Julien Gana, Esq.<br>NAPOLI BERN RIPKA & ASSOCIATES, LLP | Louis Gottlieb, Esq.<br>David J. Goldsmith, Esq.<br>Alan I. Ellman, Esq.<br>Joel H. Bernstein, Esq.<br>LABATON SUCHAROW, LLP |
| George Trevor, Esq.<br>PEARSON, SIMON, WARSHAW | B. J. Wade, Esq.<br>DEAL COOPER & HOLTON PLLC |

This 7th day of June, 2011.

PURSLEY LOWERY MEEKS LLP

/s/ ROBIN A. BESAW
_____

260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303
(404) 880-7180
(404) 880-7199 – fax

Robin A. Besaw
Georgia Bar No. 223540
rbesaw@plmllp.com