**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | |
| | ) | Case No: 2:09-md-2009-SHM |
| This Document Relates to: | ) ) | |
| *In re Regions Morgan Keegan Closed-End Fund Litigation* | ) ) ) | |
| | ) | |
| **No. 2:07-cv-02830-SHM-dkv** | ) | |
| | ) | |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OF**
**CARTER E. ANTHONY**

PURSLEY LOWERY MEEKS, LLP
R. Hal Meeks, Jr.
260 Peachtree Street Suite 2000
Atlanta, Georgia 30303
(404) 880-7180
hmeeks@plmllp.com

*Attorney for Carter E. Anthony*

## REPLY OF CARTER E. ANTHONY IN SUPPORT OF MOTION TO DISMISS

For reasons set forth in the briefs of co-defendants filed August 12, 2011, and in particular the brief filed on behalf of ALLEN B. MORGAN, JR., J. KENNETH ALDERMAN, BRIAN B. SULLIVAN, JOSEPH T. WELLER by S. Lawrence Polk of Sutherland Asbill & Brennan, LLP, Anthony moves for dismissal of claims against him. Plaintiffs have articulated no particulars to support a claim against Mr. Anthony, and have not alleged material misstatements or omissions in the offering documents during his tenure with Morgan Asset Management. Further, Plaintiffs have failed to allege facts to infer scienter as to Mr. Anthony and have failed to state a claim for control person liability under either § 15 of the 1933 Act or § 20(a) of the 1934 Act.

DATED this 12th day of August, 2011.

Respectfully submitted,

PURSLEY LOWERY MEEKS LLP

/s/ R. Hal Meeks, Jr.

| | |
|---|---|
| 260 Peachtree Street, NW | R. Hal Meeks, Jr. |
| Suite 2000 | Georgia Bar No. 500825 |
| Atlanta, GA  30303 | hmeeks@plmllp.com |
| (404) 880-7180 | *Attorney for Defendant Carter E. Anthony* |
| (404) 880-7199 – fax | *Admitted pro hac vice* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Pleading**

with the Clerk of Court using the CM/ECF system which will automatically send email notification

of such filing to the following attorneys of record:

**BRANSTETTER STRANCH &
JENNINGS, PLLC**
J. Gerard Stranch, IV, Esq.
227 Second Avenue, North
Nashville, TN   37201

**KIRKLAND & ELLIS LLP**
Timothy A. Duffy, Esq.
Emily Nicklin, Esq.
Kristopher S. Ritter, Esq.
300 North LaSalle
Chicago, IL   60654

**LABATON SUCHAROW LLP**
Joel H. Bernstein, Esq,
Louis Gottlieb, Esq.
David J. Goldsmith, Esq.
Stefanie J. Sundel, Esq.
Michael Woolley, Esq.
140 Broadway
New York, NY   10005

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**
Leo Maurice Bearman, Jr., Esq.
Eugene J. Podesta, Jr., Esq.
165 Madison Avenue, 19th Floor
First Tennessee Building
Memphis, TN   38103

**PEARSON SIMON WARSHAW &
PENNY, LLP**
George S. Trevor, Esq.
44 Montgomery Street
Suite 2450
San Francisco, CA   94104

**K&L GATES LLP**
Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
Nicole A. Baker, ESq.
1601 K Street, NW
Washington, DC   20006-1600

**MAYNARD COOPER & GALE, PC**
Peter S. Fruin, Esq.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL   35203

**SUTHERLAND ASBILL &
BRENNAN LLP**
Steven Lawrence Polk, Esq.
999 Peachtree Street, NE
Atlanta, GA   30309

**PAUL HASTINGS JANOFSKY &
WALKER, LLP**
Kevin C. Logue, Esq.
Michael M. Bruso, Esq.
75 East 55th Street
New York, NY   10022

**SULLIVAN & CROMWELL, LLP**
David B. Tulchin, Esq.
David E. Swarts, Esq.
Margaret E. Bartlett, Esq.
125 Broad Street
New York, NY   10004

3

**BASS BERRY & SIMS PLC**
Michael L. Dagley, Esq.
W. Brantley Phillips, Esq.
Matthew M. Curley, Esq.
150 Third Avenue, South
Suite 2800
Nashville, TN   37201

**CABANISS, JOHNSTON, GARDNER
DUMAS & O'NEAL LLP**
Crawford S. McGivaren, Esq.
R. Carlton Smyly, Esq.
Suite 700 Park Place Tower
2001 Park Place North
Birmingham, AL   35203

   This 12th day of August, 2011.

**BASS BERRY & SIMS PLC**
Shepherd D. Tate, Esq.
Michael A. Brady, Esq.
100 Peabody Place
Suite 900
Memphis, TN   38103

PURSLEY LOWERY MEEKS LLP

/s/ R. Hal Meeks, Jr.

260 Peachtree Street, NW   R. Hal Meeks, Jr.
Suite 2000   Georgia Bar # 500825
Atlanta, GA  30303   hmeeks@plmllp.com
(404) 880-7180   *Attorney for Carter E. Anthony*
(404) 880-7199 – fax   *Admitted pro hac vice*