IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION ) | |
| This Document Relates to: ) | 2:09-md-02009-SHM |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation, No. 2:07-cv-02784-SHM-dkv* ) | |
| *In re Regions Morgan Keegan Closed-End Fund Litigation, No. 2:07-cv-02830-SHM-dkv* ) | |
| *In re Regions Morgan Keegan ERISA Litig., No. 2:08-cv-02192-SHM-dkv* ) | |
| *Landers v. Morgan Asset Mgmt., Inc., No. 2:08-cv-02260-SMH-dvk* ) | |
| *Woods, et al . v. Morgan Asset Mgmt., Inc., et al., No. 2:09-cv-02280-SHM-dkv* ) | |
| *Davies, et al. v. Morgan Asset Mgmt, Inc., et al., No. 2:09-cv-02520-SHM-dkv* ) | |
| *Stewart Goddard Family Living Trust U/A et, al. v. Morgan Keegan & Co., Inc., et al., No. 2:09-cv-02544-SHM-dkv* ) | |
| *Garrett, et al. v. Regions Financial Corp., et al., No. 2:09-cv-02557-SHM-dkv* ) | |
| *Cannaday, et al., v. Sullivan, et al. No. 2:10-cv-02188-SHM-dkv* ) | |

*Purdue Avenue Investors, LP, et al. v. Morgan Keegan & Co., Inc., et al.,*
*No. 2:10-cv-02260-SHM-dkv*

*Freeman, et al. v. Regions Bank, et al.,*
*No. 2:10-cv-02278-SHM-dkv*

*Karrels v. Morgan Asset Mgmt., Inc., et al.,*
*No. 2:10-cv-02279-SHM-dkv*

*Bolton, et al. v. Morgan Asset Mgmt., Inc., et al.,*
*No. 2:10-cv-02439-SHM-dkv*

*Ballinger, et al, v. Morgan Keegan & Co., Inc., et al.,*
*No. 2:10-cv-02509-SHM-dkv*

---

Before the Court is the October 31, 2011 motion of Matthew M. Curley to withdraw as counsel for Morgan Keegan & Company, Inc., MK Holding, Inc., and Morgan Asset Management, Inc. (Docket Entry 198). For good cause shown, the motion is GRANTED and Matthew M. Curley is allowed to withdraw. Michael L. Dagley, W. Brantley Phillips, Jr., Shepherd D. Tate, and Michael A. Brady will continue to represent these parties.

It is so ORDERED this 15th day of November, 2011.

s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE