IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) ) | No. 2:09-md-02009-SHM |
| This Document Relates to: | ) ) | |
| *In re Helios Closed-End Fund Derivative Litigation*, No. 2:11-cv-02935-SMH-dvk | ) ) ) | |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW R. Hal Meeks and requests a leave of absence on April 16, 2012 through and including April 20, 2012; May 23, 2012, and May 27, 2012 through and including June 7, 2012; showing this Honorable Court, Clerks of Court and Counsel, as grounds therefore that the undersigned will be out of state during this time period for personal and family obligations.

Hal Meeks hereby certifies that he is lead counsel of record for Defendant Carter E. Anthony, and to his knowledge the case(s) are neither on a published calendar for court appearance, nor noticed for a hearing during the time requested for the leave of absence.

All Judges, Clerks and Counsel for each of the parties in the above-captioned matter(s) have been served with a copy of this Notice and shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 14th day of March, 2012.

PURSLEY LOWERY MEEKS LLP

/s/ R. HAL MEEKS, JR.

260 Peachtree Street, NW
Suite 2000
Atlanta, GA  30303
(404) 880-7180

R. Hal Meeks, Jr.
Georgia Bar No. 500825
hmeeks@plmllp.com
*Attorney for Defendant Carter E. Anthony*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Notice of Leave of Absence** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **BRAMLETT LAW OFFICES**<br>PAUL KENT BRAMLETT<br>ROBERT PRESTON BRAMLETT<br>2400 Crestmoor Road<br>P.O. Box 150734<br>Nashville, TN | **SUTHERLAND ASBILL**<br>**& BRENNAN, LLP**<br>S. LAWRENCE POLK<br>999 Peachtree Street NE<br>Atlanta, GA  30309 |
| **BARROWAY TOPAZ KESSLER**<br>**MELTZER & CHECK LLP**<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>TARA P. KAO<br>280 King of Prussia Road<br>Radnor, PA 19087 | **BASS, BERRY & SIMS PLC**<br>SHEPHERD D. TATE<br>MICHAEL A. BRADY<br>100 Peabody Place, Suite 900<br>Memphis, Tennessee   38103-3672 |
| **PAUL HASTINGS JANOFSKY &**<br>**WALKER LLP**<br>KEVIN C. LOGUE<br>75 E. 55th Street<br>New York, NY  10022 | **BASS BERRY SIMS**<br>MICHAEL L. DAGLEY<br>MATTHEW M. CURLEY<br>BRITT K. LATHAM<br>W. BRANTLEY PHILLIPS, JR.<br>150 Third Avenue South; Suite 2800<br>Nashville, TN 37201 |

This <u>14th</u> day of March, 2012.

                                        PURSLEY LOWERY MEEKS LLP

                                        /s/ R. HAL MEEKS, JR.
                                        _____

260 Peachtree Street, NW           R. Hal Meeks, Jr.
Suite 2000                                   Georgia Bar No. 500825
Atlanta, GA  30303                   hmeeks@plmllp.com
(404) 880-7180                          *Attorney for Carter E. Anthony*
(404) 880-7199 – fax