IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | No. 2:09-md-02009 |
| This Document Relates to: | |
| *In re Regions Morgan Keegan Closed-End Mutual Fund Litigation*, | |
| No. 2:07-cv-02830-SHM-dkv | |

**NOTICE OF FILING**

As requested by the Clerk of the Court, Defendants hereby provide this notice of the filing of Defendants' Unopposed Motion for Extension of Time to Answer Plaintiffs' Consolidated Amended Class Action Complaint and Memorandum in Support. The Consolidated Amended Complaint (the "CAC") was filed in case number 2:07-cv-02830 but was not filed in 2:09-md-2009. Once the CAC is filed in 2:09-md-2009, Defendants will link their motion to the CAC.

DATED this 13th day of April 2012.

BASS, BERRY & SIMS PLC

By: /s/ Britt K. Latham
Michael L. Dagley
Britt K. Latham
W. Brantley Phillips, Jr.
150 Third Avenue South, Suite 2800
Nashville, TN 37201
blatham@bassberry.com
mdagley@bassberry.com
bphillips@bassberry.com
(615) 742-6200

2

        Shepherd D. Tate
        Michael A. Brady
        BASS BERRY & SIMS PLC
        100 Peabody Place, Suite 900
        Memphis, Tennessee   38103-3672
        state@bassberry.com
        mbrady@bassberry.com
        (901) 543-5900

*Attorneys for Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., and MK Holding, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**BRANSTETTER STRANCH JENNINGS, PLLC**
J. GERARD STRANCH, IV
227 Second Avenue, North
Nashville, TN 37201

**LABATON SUCHAROW LLP**
JOEL H. BERNSTEIN
LOUIS GOTTLIEB
DAVID J. GOLDSMITH
STEFANIE J. SUNDEL
MICHAEL WOOLLEY
140 Broadway
New York, NY 10005

**PEARSON SIMON WARSHAW & PENNY, LLP**
GEORGE S. TREVOR
44 Montgomery Street, Suite 2450
San Francisco, CA 94104

**CABANISS JOHNSTON GARDNER DUMAS & O'NEAL LLP**
CRAWFORD S. MCGIVAREN
R. CARLTON SMYLY
Suite 700, Park Place Tower
2001 Park Place North
Birmingham, AL 35203

**PAUL HASTINGS JANOFSKY & WALKER LLP**
KEVIN C. LOGUE
75 E. 55th Street
New York, NY  10022

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA  30309

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York  1004

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203

**PURSLEY LOWERY MEEKS LLP**
R. HAL MEEKS
ROBIN A. BESAW
260 Peachtree Street NW
Atlanta, GA 30303

/s/ Britt K. Latham