IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | No. 2:09-md-02009-SHM |
| | Judge Samuel H. Mays, Jr. |
| This Document Relates to: | Magistrate Judge Diane K. Vescovo |
| *In re Regions Morgan Keegan Closed-End Fund Litigation*, No. 2:07-cv-02830-SHM-dkv | |

## JOINT MOTION FOR STAY OF THE ACTION

All parties to this action, by their undersigned counsel, respectfully move the Court for an Order staying this action for ninety (90) days on the grounds that the parties have reached an agreement in principle to settle this pending litigation, and require additional time in which to fully document the settlement. A memorandum of law is submitted below in support of this motion.

### Memorandum in Support

On April 26, 2012, the parties conducted a mediation session in Nashville, Tennessee. Also present at the mediation were the parties to the action captioned *In re Helios Closed-End Funds Derivative Litigation*, No. 2:11-cv-02935-SHM-tmp. As a result of the mediation session, the parties reached an agreement in principle to settle both actions, subject to the preparation of mutually satisfactory settlement documents. The parties are requesting a stay of this action to enable them to fully document the settlement.

Currently pending before the Court is Defendants' Motion to Amend Order of March 30, 2012 to Certify for Immediate Interlocutory Appeal and for Stay of Proceedings Pending Appeal,

filed on April 25, 2012.[1]  The parties expect that no decision on Defendants' motion will be necessary in light of the settlement, and the parties have agreed that Plaintiffs shall have no obligation to respond to Defendants' pending motion during the requested stay.  The parties also have agreed that Defendants have no obligation to respond to Plaintiffs' Consolidated Amended Complaint.  The parties further submit that no party will be prejudiced as a result of the requested stay.

WHEREFORE, the undersigned respectfully request that the Court stay this action for ninety (90) days so that the parties may prepare final settlement papers.  A proposed order will be transmitted to the Court via e-mail in accordance with the requirements of Local Civil Rule 7.2(a)(1)(A).

DATED:  May 8, 2012                     LABATON SUCHAROW LLP

/s/ David J. Goldsmith
Joel H. Bernstein
David J. Goldsmith
140 Broadway
New York, NY 10005
(212) 907-0700

BRANSTETTER STRANCH
JENNINGS, PLLC

J. Gerard Stranch, IV
227 Second Avenue, North
Nashville, TN 37201
(615) 254-8801

*Counsel for Lead Plaintiffs Lion Fund, L.P., Dr. J. Samir Sulieman, and Larry Lattimore*

---

[1] Defendants sought to certify for immediate interlocutory appeal three issues raised by the Court's March 30, 2012 Order granting in part and denying in part Defendants' motions to dismiss.  (ECF No. 246)

THOMASON HENDRIX HARVEY JOHNSON
& MITCHELL PLLC

Albert C. Harvey
One Commerce Square; 29th Floor
40 South Main
Memphis, TN 38103
(901) 525-8721


CABANISS JOHNSTON GARDNER DUMAS
& O'NEAL LLP

Crawford S. McGivaren
R. Carlton Smyly
2001 Park Place North; Suite 700
Birmingham, AL 35203
(205) 716-5237

*Additional Counsel for C. Fred Daniels in his capacity as Trustee* ad Litem *for the Leroy McAbee, Sr. Family Foundation Trust, as Subclass Representative*

BASS, BERRY & SIMS PLC


By: /s/ Britt K. Latham_____
    Michael L. Dagley
    Britt K. Latham
    W. Brantley Phillips, Jr.
    150 Third Avenue South; Suite 2800
    Nashville, TN 37201
    (615)742-6200

    Shepherd D. Tate
    Michael A. Brady
    100 Peabody Place, Suite 900
    Memphis, Tennessee  38103-3672
    (901) 543-5900

    *Attorneys for Defendants Morgan Keegan & Co., Inc., MK Holding, Inc., and Morgan Asset Management, Inc.*


MAYNARD, COOPER & GALE, P.C.


By: /s/ Peter S. Fruin_____
    Peter S. Fruin
    Scott Brown
    1901 Sixth Avenue, North
    Suite 2400
    Birmingham AL 35203
    (205) 254-1068


SULLIVAN & CROMWELL LLP

David Tulchin
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Defendant Regions Financial Corporation*

PURSLEY LOWERY & MEEKS

/s/ R. Hal Meeks_____
R. Hal Meeks
260 Peachtree St. NW; Suite 2000
Atlanta, GA 30303
(404) 880-7180

*Attorney for Defendant Carter Anthony*


SUTHERLAND ASBILL & BRENNAN, LLP

/s/ S. Lawrence Polk_____
S. Lawrence Polk
999 Peachtree Street N.E.
Atlanta, GA 30309-3996
(404) 853-8000

*Attorney for Defendants Allen B. Morgan, Jr., J. Kenneth Alderman, Brian B. Sullivan, J. Thompson Weller, and James C. Kelsoe, Jr.*


PAUL HASTINGS LLP

/s/ Kevin Logue_____
Kevin Logue
75 East 55th Street
New York, NY 10022

*Attorneys for Defendants*
*Helios Advantage Income Fund, Inc., Helios High Income Fund, Inc., Helios Multi-Sector High Income Fund, Inc., and Helios Strategic Income Fund, Inc. (formerly RMK Advantage Income Fund, Inc., RMK High Income Fund, Inc., RMK Multi-Sector High Income Fund, Inc., and RMK Strategic Income Fund, Inc., respectively)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**BRANSTETTER STRANCH JENNINGS, PLLC**
J. GERARD STRANCH, IV
227 Second Avenue, North
Nashville, TN 37201

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA  30309

**LABATON SUCHAROW LLP**
JOEL H. BERNSTEIN
LOUIS GOTTLIEB
DAVID J. GOLDSMITH
STEFANIE J. SUNDEL
MICHAEL WOOLLEY
140 Broadway
New York, NY 10005

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York  1004

**PEARSON SIMON WARSHAW & PENNY, LLP**
GEORGE S. TREVOR
44 Montgomery Street, Suite 2450
San Francisco, CA 94104

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203

**CABANISS JOHNSTON GARDNER DUMAS & O'NEAL LLP**
CRAWFORD S. MCGIVAREN
R. CARLTON SMYLY
Suite 700, Park Place Tower
2001 Park Place North
Birmingham, AL 35203

**PURSLEY LOWERY MEEKS LLP**
R. HAL MEEKS
260 Peachtree Street NW
Atlanta, GA 30303

**THOMASON HENDRIX HARVEY JOHNSON & MITCHELL PLLC**
ALBERT C. HARVEY
One Commerce Square; 29th Floor
40 South Main
Memphis, TN 38103

**PAUL HASTINGS LLP**
KEVIN C. LOGUE
75 E. 55th Street
New York, NY  10022

/s/ Britt K. Latham

10779779.1