UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE AND EMPLOYEE
RETIREMENT INCOME SECURITY ACT
(ERISA) LITIGATION**

    Daniels et al v. Morgan Asset Management, Inc.,  )
       N.D. Alabama, C.A. No. 2:12–04096    )    MDL No. 2009

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action *(Daniels)* on December 20, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff's in *Daniels* filed a notice of opposition to the proposed transfer. Plaintiffs have withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-19" filed on December 20, 2012, is LIFTED. The action is transferred to the Western District of Tennessee for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Samuel H. Mays, Jr.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel