# EXHIBIT 9

## IN RE REGIONS MORGAN KEEGAN CLOSED-END FUND LITIGATION

## SUMMARY TABLE OF LODESTARS AND EXPENSES

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---:|---:|---:|
| Labaton Sucharow LLP | 12,351.7 | $5,667,160.00 | $ 376,276.63 |
| Branstetter, Stranch & Jennings, PLLC | 322.6 | $188,407.50 | $2,505.15 |
| Pearson, Simon, Warshaw & Penny, LLP | 235.9 | $125,113.00 | $1,962.36 |
| **TOTALS** | **12,910.2** | **$5,980,680.50** | **$380,744.14** |