**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE and
ERISA LITIGATION

This Document Relates to:                              09-md-2009-Ma

*In re Regions Morgan Keegan Closed-End*
*Fund Litigation*,
No. 2:07-cv-02830-SHM-dkv

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Approving Proposed Settlement, docketed August 5, 2013, and the Order, docketed November 3, 2015, approving the distribution of the Net Settlement Fund.  This Court shall retain jurisdiction to consider any further applications addressing the administration of the settlement, and such other and further relief as the Court deems appropriate.

**APPROVED:**

  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
|   *November 5, 2015* | THOMAS M. GOULD |
| DATE | CLERK |
| |   *s/  Zandra Frazier* |
| | (By) DEPUTY CLERK |